IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

C.A. NO:  8:20-cv-03807-HMH

| | |
|---|---|
| Cheryl Holland, )<br><br>Plaintiff, )<br><br>vs. )<br><br>Life Insurance Company of North America )<br>d/b/a Cigna and Group Benefit Plan for )<br>Employees of Crossmark, Inc., )<br><br>Defendants. )<br>_____ ) | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Cheryl Holland, through her counsel, hereby stipulates to the dismissal of this action, including all of the claims and causes of action, **with prejudice**, each party to bear his/its own costs.

WE SO MOVE:

s/Nekki Shutt_____
Nekki Shutt, Esq., Fed ID No. 6530
Burnette Shutt & McDaniel, PA
P.O. Box 1929
Columbia, SC  29202-1929
Phone: (803) 904-7912
Email: nshutt@burnetteshutt.law
ATTORNEYS FOR PLAINTIFF

Date: February 10, 2021

WE CONSENT:

s/Franklin G. Shuler_____
Franklin G. Shuler, Jr., Esq., Fed ID No. 5547
Turner Padget Graham & Laney, PA
P.O. Box 1473
Columbia, SC  29202
Phone: (803) 254-2200
Email: fshuler@turnerpadget.com
ATTORNEYS FOR DEFENDANTS
LIFE INSURANCE COMPANY OF NORTH
AMERICA D/B/A CIGNA, AND GROUP
BENEFIT PLAN FOR EMPLOYEES OF
CROSSMARK, INC.

Date: February 10, 2021